Case 1:22-cr-00435-RDB Document 1-2 Filed 10/12/22 Page 1 of 17
1:22-mj-02917-MJM/1:22-mj-02918-MJM

✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

4:35 pm, Oct 12 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND SEARCH WARRANT

I, Special Agent Keith Murray, being duly sworn, depose and state that:

## INTRODUCTION

1. I make this affidavit in support of a Criminal Complaint and an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property, specifically one Sky Device tablet, identified in Attachment A currently in law enforcement possession, and the extraction from that property of electronically stored information as described in Attachment B.

2. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for Interstate Threatening Communications, in violation of 18 U.S.C. § 875(c) ("Target Offense"), as well as for Fed. R. Crim. P. 41 purposes.

3. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since July 2017. I am currently assigned to the Baltimore Field Office of the FBI and have worked matters involving Civil Rights violations to include Hate Crimes, Federally Protected Activities, Damage to Religious Property, and Criminal Interference with Rights to Fair Housing. I have conducted numerous Civil Rights trainings to colleges and universities and to police municipalities across the state of Maryland.

4. I have received extensive training in interview and interrogation techniques, arrest procedures, and the preparation and execution of search and seizure warrants. I have conducted and assisted in public corruption investigations in various capacities. As a Special Agent, I have written and executed multiple search warrants and have planned and executed multiple arrest

operations.  I have participated in the seizure of evidentiary items, the transport of defendants, and testified in court proceedings.

5. The statements contained in this Affidavit are based in part on: information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the FBI.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause to believe that DAVID LEE BRADBY, committed the below-described offense, and used the Sky Device Tablet to commit said offenses, I have not included every detail of the investigation.  In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part.  The following is true to the best of my knowledge and belief.

6. Your affiant knows from his training and experience in investigating Civil Rights Violations that social media and other internet-based communications platforms such as Instagram, Facebook and TextNow are often used as primary communicating/messaging services by individuals committing these crimes.  Further, your affiant knows from his training and experience that messages exchanged on these platforms contain text, audio, video, and photographic images that are used to communicate in furtherance of criminal acts, and to share photographs of the fruits and instrumentalities of those crimes.

7. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  *See* 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

8. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit there is probable cause to believe that David Lee Bradby (hereinafter **"BRADBY"**) committed violations of 18 U.S.C. § 875(c): Interstate Threatening Communications, by using several TextNow accounts to send text messages to VICTIM 1, an African-American woman residing in the state of West Virginia, in which he posed as another man, Jeremy Micheal [sic] Stratton,[1] and threatened to commit violent acts against VICTIM 1 and her relatives, expressly and by making references to the Klu Klux Klan. Further, there is also probable cause to search the information described in Attachment A for evidence of these crimes as further described in Attachment B.

9. The facts and circumstances alleged in this Affidavit occurred in part within the District of Maryland. More specifically, the defendant, DAVID LEE BRADBY, resides within the city limits of Baltimore, Maryland.

9. Victim 1 is an African-American female who resides in Martinsburg, West Virginia, with her husband. Victim 1 received racially biased and threatening messages from several phone numbers from February, 2022 to May, 2022. The first message was received on February 13th, 2022. Victim 1 was at her residence in Martinsburg, West Virginia when she received the threatening messages.

10. On February 13, 2022, at 5:47 pm, Victim 1 received a text message to her personal cell phone from phone number **404-947-3986 ("Target Phone #1")** that she considered to be a threat. The message is depicted below:

---

[1] As indicated in the communications, the sender used the name Jeremy Micheal [sic] Stratton." As will be made clearer later in the affidavit, with the exception of a misspelled middle name, this name is similar to a known person named Jeremy Michael Stratton.



11. On or about February 15, 2022, at 10:00 pm, Victim 1 received the same message again to her cell phone. The message was sent from the same telephone number, **Target Phone #1**. On February 16, 2022, at 3:03 pm, Victim 1 received the same message again to her cell phone from the same phone number, **Target Phone #1**. Victim 1 was at her home residence in Martinsburg, West Virginia when she received the threatening messages.

12. On February 26, 2022, at 10:13 am, Victim 1 received another threatening message on her personal cell phone. The content of the message was the same as the prior three (3) messages but the new message was sent from phone number **443-582-3324 ("Target Phone #2")**. Victim 1 was at her home residence in Martinsburg, West Virginia when she received the threatening message

13. On March 20, 2022, at 1:39 am, Victim 1 received another threatening message on her personal cell phone. The content of the message was the same as the prior messages but the latest message was sent from phone number **443-333-7570 ("Target Phone #3")**. On April

3, 2022, at 12:30 pm and on April 5, 2022, at 1:59 am, Victim 1 received the same message from **Target Phone #3.** Victim 1 was at her home residence in Martinsburg, West Virginia when she received the threatening messages

14.     On April 14, 2022, at 6:59 pm, Victim 1 received another threatening message on her personal cell phone.  The content of the message was the same as the prior messages but the new message was sent from phone number **443-488-6093 ("Target Phone #4")**.  On April 21, 2022, at 11:21 pm, Victim 1 received the same message from **Target Phone #4**.  Victim 1 was at her home residence in Martinsburg, West Virginia when she received the threatening messages.

15.     On April 30, 2022, at 10:14 pm, Victim 1 received another threatening message on her personal cell phone.  The content of the message was the same as the prior messages but the new message was sent from phone number **443-342-5445 ("Target Phone #5")**.  On May 15, 2022, at 6:56 pm, Victim 1 received the same message from **Target Phone #5**.  Victim 1 was at her home residence in Martinsburg, West Virginia when she received the threatening messages.

16.     On May 24, 2022, at 11:56 pm, Victim 1 received another threatening message on her personal cell phone.  The content of the message was the same as the prior messages but the new message was sent from phone number 443-583-8576 **("Target Phone #6").**  Victim 1 was at her home residence in Martinsburg, West Virginia when she received the threatening message.

## Investigative Steps

17.     **Target Phone #1** was run through the Electronic Telephone Network Services (ETNS) database.  Query results revealed the phone was registered to Bandwith, a software and communications company.

18. On March 7, 2022, a Federal Grand Subpoena was served to Bandwith for all subscriber information relating to **Target Phone #1**. On March 9, 2022, Bandwith told the FBI that the Grand Jury Subpoena needed to be issued to TextNow, an internet based communications service.

19. On March 23, 2022, a Federal Grand Jury Subpoena was served to TextNow for all subscriber information and IP logs relating to **Target Phone #1**. On March 23, 2022, TextNow provided the following information was provided to the FBI regarding **Target Phone #1**. Target Phone #1 is registered to email address: williammaglidt@gmail.com, registration date: 10-09-2021 16:06:59 UTC, registration IP: 72.81.240.47. The account was owned and operated by this user from the date range of 2/8/2022 to 2/26/2022.

20. On April 8, 2022, TextNow provided the following information was provided to the FBI regarding **Target Phones #2 and #3**. Both **Target Phone #2** and **Target Phone #3** are registered to email address: williammaglidt@gmail.com, registration date 10-09-2021 16:06:59 UTC, registration IP: 72.81.240.47. All subscriber information for **Target Phone #2** and **Target Phone #3** is identical to **Target Phone #1**.

23. On May 10, 2022, TextNow provided the following information to the FBI regarding **Target Phone #4. Target Phone #4** is registered to email address: williammaglidt@gmail.com, registration date: 10-09-2021 16:06:59 UTC, registration IP: 72.81.240.47.

24. On June 7, 2022, TextNow provided the following information to the FBI regarding **Target Phone #5. Target Phone #5** is registered to email address: williammaglidt@gmail.com, registration date: 10-09-2021 16:06:59 UTC, registration IP: 72.81.240.47.

25. On June 7, 2022, TextNow provided the following information to the FBI regarding **Target Phone #6. Target Phone #6** is registered to email address: williammaglidt@gmail.com, registration date: 10-09-2021 16:06:59 UTC, registration IP: 72.81.240.47. A list of IP addresses and corresponding dates and times for log in attempts to the account were also provided.

26. On April 5, 2022, Google provided the following subscriber information to the FBI in response to a Federal Grand Subpoena regarding the email account williammaglidt@gmail.com which was used to create the TextNow accounts: Name: Jeremy Mitchell, Google Account ID: 517882698790. Google also provided the IP address for 55 login and logout attempts for the account.

27. The messages sent to Victim 1 identified a particular individual, "Jeremy Micheal Stratton" as the sender. A search of the database Clear using "Jeremy Michael Stratton"[2] and "Maryland" as search terms returned the following results: Jeremy Micheal Stratton, home address: 6278 Danville Avenue, Dundalk, MD, 21222, MD state ID# MD4034546.

28. Additionally, the 12-digit numbers listed on the threatening messages appeared related to a Maryland Soundex number. The 12 digits, "363 402 603 898," were run through the Maryland Soundex database and resulted in the following biographical information: Jeremy Micheal Stratton, home address 6728 Danville Avenue, Dundalk, MD, 21222. Thus, it appears the individual who sent the text message included Jeremy Micheal Stratton's driver's license number in the threatening messages.

---

[2] Your affiant mistakenly assumed that the Statton's middle name was spelled "Michael" whereas the results disclosed that in fact, he spells his middle name "Micheal."

29. On May 13, 2022, TextNow provided call detail records, text messages, and IP dates and times for **Target Phone #1**, **Target Phone #2**, and **Target Phone #3**.

30. TextNow provided five (5) log in IP addresses for **Target Phone #3** for March 18, 2022. The information for the five (5) log ins are:

| **Date:** | **Time:** | **IP address:** |
|---|---|---|
| 3/18/2022 | 17:01:52 UTC | 192.12.14.1 |
| 3/18/2022 | 17:01:53 UTC | 192.12.14.1 |
| 3/18/2022 | 17:01:58 UTC | 192.12.14.1 |
| 3/18/2022 | 17:01:59 UTC | 192.12.14.1 |
| 3/18/2022 | 17:02:44 UTC | 192.12.14.1 |

31. An analysis of the aforementioned IP addresses revealed that IP address **192.12.14.1** is registered to the following Internet Service Provider – Johns Hopkins University, Baltimore, MD, 21218.

32. On May 17, 2022, your affiant interviewed William Bunch with the Johns Hopkins Public Safety Department. Bunch advised that on March 18, 2022, BRADBY was observed on internal security cameras inside Johns Hopkins Hospital walking through the hallways. BRADBY was placing flyers under office doors soliciting for escorting services. , Carolyn Bradby, BRADBY's aunt confirmed to William Bunch that the male seen in the security camera footage was in fact BRADBY.

33. On April 13, 2022, Donald Leatherwood with the Maryland Department of Public Safety Correctional Services (DPSCS) informed your affiant that during an April 13, 2022, check-in with his probation officer, BRADBY provided a contact number of 813-693-2808.

34. On June 7, 2022, TextNow provided the following subscriber information and log-in information for number 813-693-2808: Username: rbcbradby. Name: Rbc Bradby. Registration date: 9/30/2021. TextNow also provided IP addresses with corresponding dates and times for log in attempts to the account.

35. An analysis of the IP log in attempts for both **Target Phone #6** and for phone number 813-693-2808 revealed the following: on May 25, 2022, the IP addresses for login attempts for the entire day for both **Target Phone #6** and **813-693-2808** are listed as **98.204.44.6**. However, at no point are both TextNow phone numbers logged in at the same time. The accounts are always either several seconds or several minutes apart suggesting that the two numbers are on one physical device, but the user is switching back and forth between accounts.

36. An open source search of the IP address **98.204.44.6** revealed that is owned by Comcast LLC. Comcast LLC, responded to a Grand Jury subpoena for IP address **98.204.44.6** showing it is registered to Divine Light Inc., Baltimore, at 612 N Monroe Street, Baltimore, MD.

### Jeremy Stratton, Barbara Potyraj, and David Lee Bradby

37. A review of Baltimore County Police Reports, open source database checks, social media platforms and interviews revealed the following information: Jeremy Micheal Stratton and Barbara Potyraj have two (2) children together and were in a relationship until September, 2022. Stratton and Potyraj lived at 2008 Wareham Road, Dundalk, MD. Throughout the course of their relationship and prior to their most recent breakup, Stratton and Potyraj had small periods of time during which they were not together. Potyraj still currently resides at 2008 Wareham Road, Dundalk, MD.

39. Investigators learned that Potyraj and BRADBY also had a relationship of sorts. According to the database Accurint and Facebook photos taken from inside his home and posted

to the Facebook account "*Rbc Bradby,*" BRADBY's residence for a period of time was 612 N Monroe Street, Baltimore, MD. On one occasion in November 2021, BRADBY posted a photo of snowfall outside his residence. The photo depicts two street signs at an intersection, N. Monroe Street and Arunah Avenue. This intersection is located directly across the street from 612 N. Monroe Street. During a June 16, 2022 interview, Potyraj confirmed that she visited BRADBY at 612 N Monroe Street, Baltimore, MD in 2021.

40. Baltimore County Police Reports revealed that on July 7, 2018, a fire was started at 6728 Danville Avenue, Dundalk, MD. Stratton and Potyraj were inside the residence at the time of the fire. Prior to the start of the fire, Potyraj received a text message from BRADBY stating, "oh your ignoring me, I can fix that now!" After realizing a fire had started at the home, Stratton exited the residence and saw an individual who he recognized as BRADBY running away from the residence. The fire caused significant damage to the residence. No individuals were arrested in connection with the fire.

41. A criminal history/NCIC query for BRADBY resulted in the following information. BRADBY has been arrested and charged with various crimes dating back to 2012. Those charges include but are not limited to: Assault in the 2nd degree (2012) for which he was convicted and sentenced to two (2) years' probation; Burglary in the 1st, 3rd, and 4th degree (2018) for which he was convicted of Burglary in the 1st degree and sentenced to ten years' incarceration, all 10 years suspended; Possession of a deadly weapon with the intent to injure (2019); and Sexual contact in the 4th degree, Assault in the 2nd degree, and Making Electronic Harassing Communications (2021) for which he is still pending trial.

## Other Parties

42. Jeremy Stratton's minor sister had a relationship with the minor child of William Maglidt – the name used in the email address of the Google account used to register the TextNow phone numbers. On September 19, 2021, Baltimore County Police officers responded to 6728 Danville Avenue, Dundalk, MD for a report of a disturbance, involving Jeremy Stratton's sister and William Maglidt's minor child. William Maglidt was on scene during the incident, suggesting a connection between William Maglidt and Jeremy Stratton.

43. In July 2021, Stratton moved out of the residence at 2008 Wareham Road, Dundalk, MD after temporarily ending his relationship with Potyraj. In September 2021, the minor child of William Maglidt visited Potyraj at 2008 Wareham Road, Dundalk, MD. After visiting Potyraj, the minor child left the residence but left a cell phone behind.

44. In late September 2021, BRADBY was released from jail and messaged Potyraj that he was bored and wanted to hang out. BRADBY visited Potyraj at 2008 Wareham Road, Dundalk, MD. Potyraj believes BRADBY found the cell phone left by the minor child (containing the email account williammaglidt@gmail.com) and took it, along with Jeremy Stratton's driver's license.

45. In October 2021, Stratton moved back in with Barbara at 2008 Wareham Road, Dundalk, MD.

**Facebook Posting**

46. I believe the Facebook account "Rbc Bradby" is registered to BRADBY. This account posts photos of an individual matching the physical description of BRADBY. The photos were compared to BRADBY's Maryland Vehicle Administration (MVA) driver's license photo.

47. On January 28, 2022 – about three weeks before the threatening text messages to Victim 1 began, the following message was posted to the Facebook account "Rbc Bradby":

**"Jeremy Stratton is a Rat…Keep making fake emails…stalking my pages…williammaglidt@gmail.com  Jeremystretton666@gmail.com"**

The post includes the email address williammaglidt@gmail.com, the same email address that was used to create the TextNow accounts responsible for sending threatening messages to Victim 1.

48. As previously noted, Google provided IP addresses for all log-in and log-out attempts for the williammaglidt@gmail.com account. 46 of the 55 IP addresses pinged off a cell tower in the vicinity of BRADBY's suspected residence at the time, 612 N Monroe Street, Baltimore, MD – supporting my belief that BRADBY controls the williammaglidt@gmail.com account.

49. Below the message referenced in paragraph 47 above, but a part of the same Facebook post, was a screenshot of a test message exchange, provided below:



The content of the message appears to show BRADBY using a TextNow account to impersonate Jeremy Stratton. At the time of this posting, Roderick Johnson was listed as Maryland's Most Wanted by the United States Marshals Service for the murder of his sister. I believe that BRADBY was posting an image of a fake attempt to "SWAT" Stratton at that address; that is, to send law enforcement to an address under false pretenses in order to cause harm.

50. The FBI conducted an open-source search of "TextNow message chat" and analyzed the resulting images. The images match the description of the above referenced text message chat that was posted by Facebook account "Rbc Bradby" on January 28, 2022. Below is an example of an image search result for a TextNow message:



The image depicted above is not an actual text chat but an advertisement from the TextNow website depicting a representative screenshot of what a TextNow chat looks like. The format, the colors, and the control icons located at the top of the screenshot are identical to the message chat posted by the Facebook account "Rbc Bradby" on January 28, 2022, suggesting that "Rbc Bradby" is utilizing TextNow to send messages.

### Seizure of Phone

51. On September 14, 2022, Potyraj contacted your affiant and advised that **BRADBY** surrendered to the Baltimore County Police Department on July 15, 2022 due to

multiple outstanding warrants for his arrest.  Potyraj stated that prior to his arrest, **BRADBY** had abandoned his backpack containing personal items at Stansbury Park, Dundalk, MD.  Potyraj retrieved the backpack after he was taken into custody and added that one of the personal items inside of the backpack was **BRADBY's** cell phone.

52. On September 15, 2022, your affiant met with Potyraj at her residence at 2008 Wareham Road, Dundalk, MD.  As Potyraj voluntarily turned over **BRADBY's** backpack containing one (1) Sky Device Tablet, Serial number SKY0XS2107101185, she said "this has all of his TextNow accounts on it."  I took possession of the phone and placed it into evidence on the same day.

53. The Device is currently in the possession of the FBI in storage at the FBI's evidence room, 2600 Lord Baltimore Drive, Baltimore, MD 21244.

### Electronic Storage and Forensic Analysis

54. Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time.  Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device.  This information can sometimes be recovered with forensic tools

55. *Forensic evidence*.  As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Device was used, the purpose of its use, who used it, and when.  There is probable cause to believe that this forensic electronic evidence might be on the Device because:

    a. Data on the storage medium can provide evidence of a file that was once on the  storage medium but has since been deleted or edited, or of a deleted portion of a file

(such as a paragraph that has been deleted from a word processing file). Forensic evidence on a device can also indicate who has used or controlled the Device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at the residence.

   b. A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

   c. The process of identifying the exact electronically stored information on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review Team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

   d. Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

  56. *Nature of examination*. Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the Device consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the Device to human inspection in order to determine whether it is evidence described by the warrant.

57. Manner of execution. Because this warrant seeks only permission to examine a device that is already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

### Conclusion

58. Based on a review of this investigation, and based on my knowledge and experience with Civil Rights Investigations, I, as your Affiant, submit that there is probable cause to believe that BRADBY committed the offenses of Interstate Threatening Communications, in violation of 18 U.S.C. § 875(c). I further submit that there is probable cause to believe that a search of the device identified and described in Attachment A will reveal evidence of those crimes in the information sought to be seized as described in Attachment B.

Respectfully Submitted,

_Keith Murray_
Keith Murray, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d), this 7th day of October, 2022.

_____
Honorable Matthew J. Maddox
United States Magistrate Judge

